United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Harry Randolph Wheeler
Misty Jo Wheeler
     Debtors

Case No. 13-02413-RNO
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: REshelman    Page 1 of 1    Date Rcvd: May 08, 2017
Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2017.
db/jdb    +Harry Randolph Wheeler, Misty Jo Wheeler, 6076 Manheim Road, Glenville, PA 17329-9460

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2017 at the address(es) listed below:
      Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
      Howard Gershman    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
      Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      Keri P Ebeck    on behalf of Creditor    Huntington National Bank kebeck@weltman.com, jbluemle@weltman.com
      Matthew Christian Waldt    on behalf of Creditor    BANK OF AMERICA, N.A. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      Thomas E. Miller    on behalf of Debtor Harry Randolph Wheeler staff@tommillerlawoffice.com
      Thomas E. Miller    on behalf of Joint Debtor Misty Jo Wheeler staff@tommillerlawoffice.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
      TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 BANKRUPTCY |
| HARRY RANDOLPH WHEELER and | : | |
| MISTY JO WHEELER, | : | |
|        Husband and Wife, | : | CASE NO. 1:13-bk-02413-RNO |
|        Debtors | : | |

## ORDER GRANTING MOTION TO MODIFY CHAPTER 13 PLAN

The Third Amended Chapter 13 Plan was filed on April 11, 2017. The Third Amended Plan, or summary of the Third Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Third Amended Plan meets the requirements of 11 U.S.C. §1325.

**IT IS HEREBY ORDERED THAT:**

The Motion to Modify Plan/Third Amended Chapter 13 Plan is granted.

By the Court,

Dated: May 8, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)