WWR# 21072438

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO. 13-02413 |
|---|---|
| Harry Randolph Wheeler | Chapter 13 |
| Misty Jo Wheeler | Judge: ROBERT N OPEL II |
| Debtors | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that, while the law firm of Weltman, Weinberg, & Reis Co., L.P.A. ("Weltman") continues to represent THE HUNTINGTON NATIONAL BANK, NA, Keri Ebeck hereby withdraws as counsel for THE HUNTINGTON NATIONAL BANK, NA. James P. Valecko of the Weltman law firm is hereby substituted for Keri Ebeck as counsel for THE HUNTINGTON NATIONAL BANK, NA. Accordingly, in the future, please direct all service and notices of pleadings to New Attorney.

Respectfully submitted,

WELTMAN, WEINBERG & REIS CO., L.P.A.

/S/ James P. Valecko
James P. Valecko, 79596
Weltman, Weinberg & Reis Co.,LPA
436 7th Avenue, Ste 2500
Pittsburgh, PA 15219-1842
Telephone: 412-434-7955
jimvalecko@weltman.com

/S/ Keri P. Ebeck
Keri P. Ebeck , 91298
Weltman, Weinberg & Reis Co.,LPA
436 7th Avenue, Ste 2500
Pittsburgh, PA 15219-1842
Telephone: 412-434-7955
kebeck@weltman.com

WWR# 21072438

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO. 13-02413 |
|---|---|
| Harry Randolph Wheeler | Chapter 13 |
| Misty Jo Wheeler | Judge: ROBERT N OPEL II |
| Debtors | |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Substitution of Counsel was filed and served electronically by the Court's ECF System on 14th day of February, 2018 on all parties having entered an appearance herein

THOMAS E. MILLER
249 York St
Hanover, PA 17331-3228
Debtor(s) Attorney

CHARLES J. DEHART, III
8125 Adams Dr Ste A
Hummelstown, PA 17036-8625
Trustee

U.S. Trustee

And by ordinary mail to the following:

Harry Randolph Wheeler
6076 Manheim Rd
Glenville, PA17329-9460

Misty Jo Wheeler
6076 Manheim Rd
Glenville, PA 17329-9460

/S/ James P. Valecko
James P. Valecko, 79596
Weltman, Weinberg & Reis Co.,LPA
436 7th Avenue, Ste 2500
Pittsburgh, PA 15219-1842
Telephone: 412-434-7955
jimvalecko@weltman.com