Check No. 1189643

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 12-06948-RNO | 006-0 | LA VERNE DIXON<br>Original Check written to:<br>DEPARTMENT OF EDUCATION<br>GREAT LAKES HIGHER EDUCATION LOAN<br>P.O. BOX 790321<br>SAINT LOUIS, MO 63179-0321 | 2009 | 141,125.71 | 108.41 | 0.00 | 108.41 |
| 12-07308-RNO | 009-0 | SHAWN L. KEEFER<br>Original Check written to:<br>SPRINGCASTLE AMERICA FUNDING TRUST<br>PO BOX 12907<br>NORFOLK, VA 23541- | 9009 | 9,999.81 | 60.30 | 0.00 | 60.30 |
| 13-00795-RNO | 003-0 | WILLIAM D. GALLAGHER<br>Original Check written to:<br>CARD CENTER<br>PO BOX 740846<br>CINCINNATI, OH 45274- | 0963 | 2,467.29 | 25.14 | 0.00 | 25.14 |
| 13-02413-RNO | 002-1 | HARRY RANDOLPH WHEELER<br>Original Check written to:<br>WELLS FARGO BANK, NA<br>P.O. BOX 660431<br>DES MOINES, IA 50306-0438 | 2587 | 97.84 | 9.68 | 0.00 | 9.68 |
| 13-02528-RNO | 009-0 | KELLY L. HENDERSON<br>Original Check written to:<br>MITCHELL A. SOMMERS, ESQUIRE<br>107 WEST MAIN STREET<br>EPHRATA, PA 17522 | | 38,611.00 | 176.04 | 0.00 | 176.04 |
| 13-04721-HWV | 025-0 | ERIC DARNELL SMITH<br>Original Check written to:<br>U.S. DEPARTMENT OF EDUCATION<br>PAYMENT CENTER<br>PO BOX 530260<br>ATLANTA, GA 30353-0260 | 4669 | 30,559.32 | 51.15 | 0.00 | 51.15 |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142
313

No. 1189643

August 09, 2018

PAY** Four Hundred Thirty Dollars and 72 Cents*************************************

AMOUNT**$430.72*************

TO THE ORDER OF

VOID AFTER November 07, 2018
Positive Pay Account

CLERK  U.S. BANKRUPTCY COURT
RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
HARRISBURG, PA 17101-


MP

Case 1:13-bk-02413-RNO    Doc 57    Filed 08/09/18    Entered 08/09/18 08:09:05    Desc
Main Document    Page 1 of 1